# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **PABLO JOSUE QUINTANILLA MENDOZA,**<br><br>***Petitioner,***<br><br>**v.**<br><br>**KRISTI NOEM, U.S. DEPARTMENT OF HOMELAND SECURITY; DEPARTMENT OF HOMELAND SECURITY, IN HER OFFICIAL CAPACITY; TODD M LYONS, ACTING DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT; IMMIGRATION AND CUSTOMS ENFORCEMENT, IN HIS OFFICIAL CAPACITY; DAVID EASTERWOOD, FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, MINNEAPOLIS - ST. PAUL FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT, IN HIS OFFICIAL CAPACITY; MARY DE ANDA-YBARRA, FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, EL PASO FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT, IN HER OFFICIAL CAPACITY; AND WARDEN, OF EL PASO CAMP EAST MONTANA DETENTION CENTER, CUSTODIAN OF DETAINEES AT THE EL PASO CAMP EAST MONTANA DETENTION CENTER, IN THEIR OFFICIAL CAPACITY,**<br><br>***Respondents.*** | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | **No. 3:26-CV-00341-LS** |

## <u>FINAL JUDGMENT</u>

Before this Court is the above styled and numbered cause. On this date, the Court dismissed Petitioner's application for habeas corpus relief pursuant to 28 U.S.C. § 2241. Accordingly, as all issues in the cause have been resolved, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Petitioner's application for habeas corpus relief pursuant to 28 U.S.C. § 2241 is hereby **DISMISSED**. Any and all pending motions are **DENIED AS MOOT**.

It is finally **ORDERED** that the above styled and numbered cause is hereby **CLOSED**.

**SO ORDERED**.

**SIGNED** and **ENTERED** on April 1, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**